IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Estate of Jarret Santee, et al., | : |
| Plaintiffs, | : Case No. 2:11-CV-1141 |
| vs. | : District Judge Sargus |
| Sarasota Transport, LLC, et al., | : Magistrate Judge King |
| Defendants. | : |

### AGREED ORDER REMANDING CASE TO STATE COURT

By agreement of the parties and for good cause shown, the parties' Joint Motion to Remand to State Court (Doc. 5) is hereby **GRANTED**. This matter shall immediately be **REMANDED** to the Court of Common Pleas, Franklin County, Ohio (Case No. 11CV-015396, Judge McIntosh).

                              1-17-2012
                        JUDGE EDMUND A. SARGUS, JR.

AGREED:

/s/ David J. Butler
David J. Butler (0068455)
**TAFT STETTINIUS & HOLLISTER LLP**
65 E. State St., Ste. 1000
Columbus, Ohio 43215
Phone: (614) 221-4000
Fax: (614) 221-4012
E-mail: dbutler@taftlaw.com
*Counsel for Plaintiffs*


/s/ David T. Patterson
David T. Patterson (0007454)
**WESTON HURD LLP**
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
Phone: (614) 280-0200
Fax: (614) 280-0204
E-mail: dpatterson@westonhurd.com
*Counsel for Defendants*